1
2
3
4
5
6
7            JS-6
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
15   L.A. IDOL FASHION, INC., a California       CASE NO.:
16   corporation,                                CV 11-10179-JFW (JCGx)
17              Plaintiff,                       [~~Proposed~~] ORDER OF
                                                 DISMISSAL WITH PREJUDICE
18        v.
19   G&S COLLECTION, a California
20   corporation, d/b/a Grace in LA,
21              Defendant.
22   _____
23
24
25
26
27
28

_____
[~~proposed~~] Order re Dismissal

1 | Good cause appearing therefor, based upon the parties' stipulation, this Court hereby orders that the instant action is DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

IT IS SO ORDERED.

June 22, 2012

/s/
_____
Hon. John F. Walter
UNITED STATES DISTRICT JUDGE

Submitted by:

ISAACMAN, KAUFMAN & PAINTER
Jack G. Cairl, Esq. SBN 105335

Attorneys for Defendant
G&S Collection dba GRACE IN LA